**AERO TECHNOLOGIES, LLC,**
**a Florida Corporation,**
**Plaintiff–Appellant**

v.

**LOCKTON COMPANIES INTERNATIONAL LIMITED, an International Corporation, Lloyds of London, an International Entity, a.k.a. Society of Lloyd's, a.k.a. Corporation of Lloyd's, Aerocalifornia, S.A. De C.V., Seguros Inbursa, S.A., Certain Interested Underwriters at Lloyd's of London Subscribing to Policy No. AVNAG0700112, et al., Defendants–Appellees.**

**No. 11–12444**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 4, 2012.

Edward R. Nicklaus, Dale Jay Spurr, Nicholas Frank Van Valen, Nicklaus & Associates, PA, Coral Gables, FL, for Plaintiff–Appellant.

Lyle E. Shapiro, Melissa Fernandez, Richman Greer, PA, Miami, FL, Adam M. Myron, Richman Greer, PA, David B. Esau, Carlton Fields, PA, West Palm Beach, FL, Christopher S. Morin, Murray Morin & Herman, PA, Tampa, FL, Steven R. Selsberg, Victor W. Zhao, Mayer Brown, LLP, Houston, TX, for Defendants–Appellees.

Before MARCUS, MARTIN, and FAY, Circuit Judges.

PER CURIAM:

The dismissal of this case is affirmed for the reasons set forth in the Order of Dismissal entered by the district court on April 25, 2011, 2011 WL 7657475.

**AFFIRMED.**